# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:01CR148-04 |
| Vincent L. Bernabela ) | USM No: 17575-058 |
| Date of Previous Judgment: 2/24/03 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 37          Amended Offense Level: 37
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Had Amendment 706 (Retroactive Crack Cocaine Amendment) been in place at the original sentencing, the same guideline calculations would have applied. Accordingly, Defendant is not eligible for a reduction in sentence pursuant to Amendment 706. U.S.S.G. § 1B1.10(a)(2)(B).

Except as provided above, all provisions of the judgment dated 2/24/03 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 17, 2008

_____
Frank D. Whitney
United States District Judge

Effective Date: _____
(if different from order date)